**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUCKY EGG LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No. 1:26-cv-03985-PKC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANT**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff LUCKY EGG LIMITED voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 30 | LGCO | https://us.shein.com/store/home?store_code=6065514317 |

Dated: June 8, 2026

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By:  /s/ Christopher Tom
Christopher Tom
55 Hudson Yards
New York, NY 10001
Tel: (212) 446-2300
ctom@bsfllp.com

*Attorney for Plaintiff*
*LUCKY EGG LIMITED*

1