**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUCKY EGG LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No. 1:26-cv-03985-PKC |

## [~~PROPOSED~~] DISBURSEMENT ORDER

The Clerk is directed to disburse:

The five-thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee

To Plaintiff's counsel:

BOIES SCHILLER FLEXNER LLP
Attn: Christopher Tom
55 Hudson Yards
New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department.

Dated: 11-12-2026
New York, NY

United States District Judge